UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC., JOSEPH M. HOGAN and JOHN F. MORICI,<br><br>Defendants. | Civil Action No. 1:20-cv-01822-JGK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Align Technology, Inc., Joseph M. Hogan, and John F. Morici (collectively, "Defendants"), by and through undersigned counsel, hereby move the Court for an order transferring this action to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. § 1404(a).

In support of their motion to transfer venue pursuant to section 1404(a), Defendants rely on Defendants' Memorandum of Law in Support of Motion to Transfer Action to the Northern District of California and the Declaration of Will Ayala in Support of Defendants' Motion to Transfer Action to the Northern District of California, filed concurrently herewith, and on the pleadings and proceedings in this case. Counsel for Defendants contacted Counsel for Plaintiff on April 3, 2020, but Plaintiff's Counsel did not agree to a transfer of the case to the Northern District of California. Defendants hereby request that the Court transfer this action to the

Northern District of California, San Jose Division, in the interest of justice and for the convenience of the parties and witnesses.

Dated:  April 10, 2020	WILSON SONSINI GOODRICH & ROSATI
	Professional Corporation


	By:  /s/ *Sheryl Shapiro Bassin*
	        SHERYL SHAPIRO BASSIN

	1301 Avenue of the Americas, 40th Floor
	New York, NY 10019
	Telephone: (212) 999-5800
	(212) 999-5899 (fax)
	sbassin@wsgr.com

	CAZ HASHEMI (*pro hac vice* pending)
	IGNACIO E. SALCEDA (*pro hac vice* pending)
	DORU GAVRIL (*pro hac vice* pending)
	650 Page Mill Road
	Palo Alto, CA 94304
	Telephone: (650) 493-9300
	(650) 493-6811 (fax)
	chashemi@wsgr.com
	isalceda@wsgr.com
	dgavril@wsgr.com

	*Attorneys for Defendants Align Technology, Inc.,*
	*Joseph M. Hogan, and John F. Morici*