UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC., JOSEPH M. HOGAN and JOHN F. MORICI,<br><br>Defendants. | Civil Action No. 1:20-cv-01822-JGK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA** |

## ORDER

Upon Defendants' Motion, dated April 10, 2020, seeking an order transferring this action to the United States District Court for the Northern District of California, San Jose Division, the Court, having considered the papers filed in support of such motion, any opposition thereto, any oral argument by the parties, and for good cause appearing;

HEREBY ORDERS THAT Defendants' Motion to Transfer Action to the Northern District of California is GRANTED.

IT IS SO ORDERED.

Dated _____         _____
                                                            The Hon. John G. Koeltl
                                                            United States District Judge