# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20–cv–01822–JGK

City of Roseville Employees' Retirement System v. Align Technology, Inc. et al
Assigned to: Judge John G. Koeltl
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/02/2020
Date Terminated: 04/16/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**City of Roseville Employees' Retirement System**
*individually and on behalf of all others similarly situated*

represented by **Samuel Howard Rudman**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367–7100
Fax: (631) 367–1173
Email: srudman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Align Technology, Inc.**

represented by **Caz Hashemi**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650–493–9300
Email: chashemi@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doru Gavril**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304–1050
650–493–9300
Fax: 650–565–5100
Email: dgavril@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ignacio E. Salceda**
Wilson Sonsini Goodrich & Rosati (CA)
650 Page Mill Road
Palo Alto, CA 94304
650–493–9300
Fax: 650–565–5100
Email: isalceda@wsgr.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Sheryl Shapiro Bassin**
Wilson Sonsini Goodrich & Rosati (NYC)
1301 Avenue of the Americas, 40th Fl
New York, NY 10019
212–999–5800
Fax: 212–999–5899
Email: sbassin@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph M. Hogan**  represented by  **Caz Hashemi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doru Gavril**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ignacio E. Salceda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheryl Shapiro Bassin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John F. Morici**  represented by  **Caz Hashemi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doru Gavril**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ignacio E. Salceda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheryl Shapiro Bassin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2020 | Ï 1 | COMPLAINT against Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Filing Fee $ 400.00, Receipt Number ANYSDC−18975775)Document filed by City of Roseville Employees' Retirement System..(Rudman, Samuel) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 2 | CIVIL COVER SHEET filed..(Rudman, Samuel) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Align Technology, Inc., Joseph M. Hogan and John F. Morici, re: 1 Complaint. Document filed by City of Roseville Employees' Retirement System..(Rudman, Samuel) (Entered: 03/02/2020) |
| 03/03/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Samuel Howard Rudman. The party information for the following party/parties has been modified: City of Roseville Employees' Retirement System. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo) (Entered: 03/03/2020) |
| 03/03/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 03/03/2020) |
| 03/03/2020 | Ï | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 03/03/2020) |
| 03/03/2020 | Ï | Case Designated ECF. (jgo) (Entered: 03/03/2020) |
| 03/03/2020 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Align Technology, Inc., Joseph M. Hogan, John F. Morici..(jgo) (Entered: 03/03/2020) |
| 03/27/2020 | Ï 5 | NOTICE OF APPEARANCE by Sheryl Shapiro Bassin on behalf of Align Technology, Inc., Joseph M. Hogan, John F. Morici..(Bassin, Sheryl) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 6 | PROPOSED STIPULATION AND ORDER. Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 Text of Proposed Order).(Bassin, Sheryl) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Align Technology, Inc...(Bassin, Sheryl) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 8 | ORDER REGARDING RESPONSE TO COMPLAINT. IT IS HEREBY ORDERED as follows: 1. Defendants shall not be required to answer or otherwise respond to the current Complaint; 2. Following the appointment of a Lead Plaintiff the parties will confer and, in light of circumstances at that time, will submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto; and 3. The parties' stipulation and present order is without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties. (Signed by Judge John G. Koeltl on 3/27/2020) (rjm) (Entered: 03/30/2020) |
| 04/09/2020 | Ï 9 | MOTION for CAZ HASHEMI to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19392799. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Hashemi, Caz) (Entered: 04/09/2020) |
| 04/09/2020 | Ï 10 | MOTION for IGNACIO E. SALCEDA to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19393077. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Salceda, Ignacio) (Entered: 04/09/2020) |
| 04/09/2020 | Ï 11 | MOTION for DORU GAVRIL to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19393131. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Gavril, Doru) (Entered: 04/09/2020) |
| 04/09/2020 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 10 MOTION for IGNACIO E. SALCEDA to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19393077. Motion and supporting papers to be reviewed by Clerk's Office staff., 9 MOTION for CAZ HASHEMI to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19392799. Motion and supporting papers to be reviewed by Clerk's Office staff., 11 MOTION for DORU GAVRIL to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19393131. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 04/09/2020) |
| 04/10/2020 | Ï 12 | MOTION to Transfer Case . Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 Text of Proposed Order).(Bassin, Sheryl) (Entered: 04/10/2020) |
| 04/10/2020 | Ï 13 | MEMORANDUM OF LAW in Support re: 12 MOTION to Transfer Case . . Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici..(Bassin, Sheryl) (Entered: 04/10/2020) |
| 04/10/2020 | Ï 14 | DECLARATION of WILL AYALA in Support re: 12 MOTION to Transfer Case .. Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici..(Bassin, Sheryl) (Entered: 04/10/2020) |
| 04/14/2020 | Ï 15 | ORDER FOR ADMISSION PROHAC VICE OF CAZ HASHEMI granting 9 Motion for Caz Hashemi to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 4/14/2020) (ks) (Entered: 04/14/2020) |
| 04/15/2020 | Ï 16 | PROPOSED STIPULATION AND ORDER. Document filed by Align Technology, Inc., Joseph M. Hogan, John F. Morici. (Attachments: # 1 Text of Proposed Order).(Bassin, Sheryl) (Entered: 04/15/2020) |
| 04/16/2020 | Ï 17 | JOINT STIPULATION REGARDING TRANSFERRING ACTION, Motions terminated: 12 MOTION to Transfer Case . filed by John F. Morici, Joseph M. Hogan, Align Technology, Inc.. IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval as follows: 1. Plaintiff does not oppose Defendants' Motion to Transfer; 2. Defendants request that the Court transfer the action to the Northern District of California, San Jose Division. Application granted on consent. The Clerk is directed to transfer this action to the Northern District of California and to close the case on the docket of this Court. So Ordered. (Signed by Judge John G. Koeltl on 4/16/2020) (ks) Transmission to Office of the Clerk of Court for processing. (Entered: 04/16/2020) |
| 04/16/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of California.(ks) (Entered: 04/16/2020) |