| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | shawnw@rgrdlaw.com |
|   |      – and – |
| 6 | DANIELLE S. MYERS (259916) |
|   | MICHAEL ALBERT (301120) |
| 7 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 8 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 9 | dmyers@rgrdlaw.com |
|   | malbert@rgrdlaw.com |

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:20-cv-02897-MMC |
| | CLASS ACTION |
| Plaintiff, | DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| vs. | |
| ALIGN TECHNOLOGY, INC., et al., | |
| Defendants. | |
| | DATE: June 5, 2020 |
| | TIME: 9:00 a.m. |
| | CTRM: 7, 19th Floor |
| | JUDGE: Hon. Maxine M. Chesney |

4819-5230-3547.v1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for District No. 9, I.A. of M. & A.W. Pension Trust ("the Pension Trust") and proposed lead counsel for the class. I make this declaration in support of the Pension Trust's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on March 2, 2020;

Exhibit B: The Pension Trust's Sworn Certification; and

Exhibit C: Chart of the Pension Trust's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May, 2020.

                                                s/Danielle S. Myers
                                                DANIELLE S. MYERS

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 1, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4819-5230-3547.v1

# Mailing Information for a Case 3:20-cv-02897-MMC City of Roseville Employees' Retirement System v. Align Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sheryl Shapiro Bassin**
  sbassin@wsgr.com

- **Doru Gavril**
  dgavril@wsgr.com,rlustan@wsgr.com

- **Lucas E. Gilmore**
  lucasg@hbsslaw.com,lisan@hbsslaw.com,sf_filings@hbsslaw.com

- **Mary Elizabeth Graham**
  egraham@gelaw.com,jaguirre@gelaw.com,palderson@gelaw.com,rcampbell@gelaw.com,tsaviano@gelaw.com,iwatson@gelaw.com,8936483420@filings.docketbird.com

- **Caz Hashemi**
  CHASHEMI@WSGR.COM,tbell@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,danielles@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com

- **Ignacio E. Salceda**
  isalceda@wsgr.com

- **Danielle Smith**
  danielles@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`