| | |
|---|---|
| 1 | CAZ HASHEMI, State Bar No. 210239 |
| 2 | IGNACIO E. SALCEDA, State Bar No. 164017 |
|   | BETTY CHANG ROWE, State Bar No. 214068 |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 6 | Email: chashemi@wsgr.com |
|   |        isalceda@wsgr.com |
| 7 |        browe@wsgr.com |

8  NICHOLAS R. MILLER, State Bar No. 274243
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   1700 K Street NW
10 Fifth Floor
   Washington, D.C. 20006-3814
11 Telephone: (202) 973-8800
   Facsimile: (202) 973-8899
12 Email: nmiller@wsgr.com

13 *Attorneys for Defendants Align Technology,*
   *Inc., Joseph M. Hogan, and John F. Morici*
14

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17 

|  |  |
|---|---|
| IN RE ALIGN TECHNOLOGY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-02897-MMC<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF CHANGE IN COUNSEL** |

NOTICE OF CHANGE IN COUNSEL
CASE NO. 3:20-CV-02897-MMC

PLEASE TAKE NOTICE that Defendants Align Technology, Inc., Joseph M. Hogan, and John F. Morici ("Defendants") hereby request that the Court remove attorney Doru Gavril as counsel of record in this matter and from the service list.

All other listed counsel from Wilson Sonsini Goodrich & Rosati, P.C. will continue to represent Defendants. Accordingly, the withdrawal of Mr. Gavril from this matter will impose no delay of the case or prejudice any party.

Dated: August 11, 2020

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Caz Hashemi___
       Caz Hashemi

*Attorneys for Defendants Align Technology, Inc., Joseph M. Hogan, and John F. Morici*