**BLEICHMAR FONTI & AULD LLP**
Peter E. Borkon (Bar No. 212596)
pborkon@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar (*pro hac vice*)
jbleichmar@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff
Macomb County Employees' Retirement System
and Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Align Technology, Inc. Securities Litigation* | Case No. 3:20-cv-02897-MMC <br><br> CLASS ACTION <br><br> **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

Lead Plaintiff Macomb County Employees' Retirement System ("Plaintiff") and Defendants Align Technology, Inc., Joseph M. Horgan, John F. Morici, and Julie Tay (collectively, the "Defendants," and together with the Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 11, 2020, the Parties filed a Joint Stipulation and [Proposed] Scheduling Order concerning the time for filing Lead Plaintiff's Amended Complaint and the briefing on Defendants' Motion to Dismiss the Amended Complaint (ECF No. 64);

WHEREAS, on June 12, 2020, the Court issued an Order setting the time for filing Lead Plaintiff's Amended Complaint and the briefing on Defendants' Motion to Dismiss the Amended Complaint, and also scheduling a hearing on the Motion to Dismiss for January 15, 2021, a Case Management Conference for March 5, 2021, and setting February 26, 2021 as the date by which the Parties will file a Joint Case Management Conference Statement (the "June 12 Order") (ECF No. 65);

WHEREAS, in accordance with the June 12 Order, Lead Plaintiff filed its Amended Complaint on August 4, 2020 and Defendants filed their Motion to Dismiss on September 18, 2020;

WHEREAS, on October 14, 2020, counsel for Lead Plaintiff contacted counsel for Defendants to request a ten-day courtesy extension of time to file its opposition brief and a corresponding ten-days for Defendants' reply brief because senior counsel for Lead Plaintiff was displaced for two weeks by the Glass Fire in Sonoma county and in order to permit the Parties adequate time to prepare their respective papers. After counsel for Lead Plaintiff and counsel for the Defendants conferred, it was agreed to extend the time for Lead Plaintiff to file its opposition to the Motion to Dismiss and for Defendants to file their reply in support of their Motion to Dismiss, but leave unchanged the remainder of the case schedule including the scheduled hearing date for this motion;

WHEREAS, no other modifications to the June 12 Order have been requested or effected;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, and respectfully requested, that the Court order as follows:

1. Lead Plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before November 12, 2020;
2. Defendants shall file their reply in support of their Motion to Dismiss on or before December 14, 2020; and
3. All other dates in the June 12 Order remain unchanged.

Dated: October 15, 2020

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: /s/ Peter E. Borkon
Peter E. Borkon (Bar No. 212596)
pborkon@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020

– and –

Javier Bleichmar (*pro hac vice*)
jbleichmar@bfalaw.com
Nancy A. Kulesa (*pro hac vice*)
nkulesa@bfalaw.com
Ross Shikowitz (*pro hac vice*)
rshikowitz@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Macomb County Employees' Retirement System
and Lead Counsel for the Putative Class*

Dated: October 15, 2020

**WILSON SONSINI GOODRICH & ROSATI P.C.**

JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

3:20-cv-02897-MMC

2

By: */s/ Caz Hashemi*
Caz Hashemi
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA 94304-1050

*Counsel for Defendants Align Technology, Inc., Joseph M. Horgan, John F. Morici, and Julie Tay*

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED:

1. Lead Plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before November 12, 2020;
2. Defendants shall file their reply in support of their Motion to Dismiss on or before December 14, 2020; and
3. All other dates in the June 12 Order remain unchanged.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Maxine M. Chesney
United States District Judge