IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ALIGN TECHNOLOGY, INC. SECURITIES LITIGATION

Case No. 20-cv-02897-MMC

**ORDER DISMISSING ACTION**

By order filed March 29, 2021, the Court dismissed lead plaintiff's Amended Complaint, with leave to amend no later than April 26, 2021. On April 22, 2021, lead plaintiff filed a Notice stating "it does not intend to file a Second Amended Complaint." (See Doc. No. 98 at 6-8.)

Accordingly, the above-titled action is hereby DISMISSED without further leave to amend.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 23, 2021

MAXINE M. CHESNEY
United States District Judge