UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>ALIGN TECHNOLOGY INC, et al.,<br><br>Defendants. | Case No. 20-cv-02897-MMC<br><br>**AMENDED**<br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 100 |

**Decision by Court.**  On April 22, 2021, plaintiff filed a Notice Concerning Amending the Operative Complaint.

Accordingly, the above-titled action is hereby DISIMISSED.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 4/23/2021

Susan Y. Soong, Clerk



Tracy Geiger
Deputy Clerk